UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                                   Plaintiff,

                     -against-

    JUAN EFREN PAULINO,
                                 Defendant,
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/2020

17 Cr. 579 (LGS)

19 Cr. 600 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Juan Efren Paulino's sentencing hearing shall be held on **May 12, 2020, 2020** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Defendant's pre-sentencing submission, if any, shall be filed on or before **April 20, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **April 23, 2020.**

Dated: January 30, 2020
       New York, New York

                                               **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**