UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,            :
                             Plaintiff,  :
                                               :      17 Cr. 579 (LGS)
                   -against-                 :
                                               :      19 Cr. 600 (LGS)
JUAN EFREN PAULINO,                :
                             Defendant,  :     <u>SCHEDULING ORDER</u>
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Juan Efren Paulino's sentencing hearings currently scheduled for May 12, 2020 is hereby adjourned to **June 23, 2020** at **2:00 p.m.** Defendant's pre-sentencing submission, if any, shall be filed on or before **June 1, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **June 4, 2020.**

Dated: May 8, 2020
          New York, New York

                                                            **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**