UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,    :    19 Cr. 600 (LGS)
            -v-                                             :
                                                            :    **ORDER**
JUAN EFREN PAULINO,                                         :
                              Defendant,    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with JUAN EFREN PAULINO's consent, his guilty plea allocution was taken before Magistrate James L. Cott on January 28, 2020;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
        June 18, 2020

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**